UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

In re:

PETER C. ANDREOTTI,                      BK. NO. 05-21400-B-13

       Debtor.
_____/

MELANIE ANDREOTTI, a minor, by
E. JOAN BELL, her Guardian ad
Litem,
                                              NO. CIV. S-05-747 LKK

       Plaintiff,

  v.                                       O R D E R

PETER C. ANDREOTTI and
DEBRA ANDREOTTI,

       Defendants.
_____/

    Pending before the court is a Motion to Withdraw Reference in the above-captioned bankruptcy proceeding.  Any opposition or reply to the Motion shall be filed in accordance with Local Rule 78-230.

////

////

1

1  The Motion to Withdraw Reference is now SET for hearing before the
2  undersigned on June 13, 2005 at 10:00 a.m. in Courtroom No. 4.
3       IT IS SO ORDERED.
4       DATED: April 26, 2005.

                                    /s/Lawrence K. Karlton
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT