UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

In re:

PETER C. ANDREOTTI,                         BK. NO. 05-21400-B-13

        Debtor.
_____/

MELANIE ANDREOTTI, a minor, by
E. JOAN BELL, her Guardian ad
Litem,
                                     NO. CIV. S-05-747 LKK

        Plaintiff,

   v.                                       O R D E R

PETER C. ANDREOTTI and
DEBRA ANDREOTTI,

        Defendants.
_____/

    Pending before the court is a Motion to Withdraw Reference in the above-captioned bankruptcy proceeding.  Any opposition or reply to the Motion shall be filed in accordance with Local Rule 78-230.

////

////

1

1 The Motion to Withdraw Reference is now SET for hearing before the
2 undersigned on June 13, 2005 at 10:00 a.m. in Courtroom No. 4.
3     IT IS SO ORDERED.
4     DATED:  April 26, 2005.

<pre>
                                /s/Lawrence K. Karlton
                                LAWRENCE K. KARLTON
                                SENIOR JUDGE
                                UNITED STATES DISTRICT COURT
</pre>